[pic]
 In the
 Twelfth Court of Appeals
 Twelfth Court of Appeals District
 For the State of Texas

 ____________________________

 No.12-14-00240-CR
 Mark Eric Emanuel,
 Appellant
 v.
 The State of Texas,
 Appellee
 _____________________________

 Order of Contempt

 On May 11, 2015, this Court conducted a hearing on its Order to Appear
and Show Cause issued in the above-styled and numbered cause on April 30,
2015. By that order, Court Reporter Helen C. Wooten was directed to appear
and show cause why she should not be held in contempt for failing to obey
the attached Order of this Court dated April 21, 2015, in the appeal
styled Mark Eric Emanuel v. The State of Texas. Following the hearing,
this Court makes the following findings and Order:
 1. The related case (trial court cause number 31159, Mark Eric Emanuel v.
 The State of Texas) was tried before 3rd District Court of Anderson
 County, Texas, and sentence was pronounced on July 17, 2014.
 2. The appeal was perfected on August 16, 2014, and the reporter's record
 was due to have been filed on or before November 14, 2014.
3. On November 18, 2014 Reporter Helen C. Wooten was notified that the
 reporter's record was past due and given until December 15, 2014 to
 file it.
4. On December 18, 2014, Reporter Helen C. Wooten was granted an
 extension of time to file the record to January 19, 2015.
5. On January 14, 2015, Reporter Helen C. Wooten was granted an
 extension of time to file the record to February 2, 2015.
6. On February 4, 2015, Reporter Helen C. Wooten was granted an
 extension of time to file the record to February 9, 2015.
7. On February 17, 2015, Reporter Helen C. Wooten was granted an
 extension of time to file the record to February 17, 2015.
8. On February 19, 2015, Reporter Helen C. Wooten was notified that the
 reporter's record was past due and given until March 2, 2015 to file
 it.
9. On March 4, 2015, Reporter Helen C. Wooten was granted an extension
 of time to file the record to April 6, 2015.
10. On April 9, 2015, Reporter Helen C. Wooten was notified that the
 reporter's record was past due and given a final deadline of April 20,
 2015 to file it.
11. On April 21, 2015, the Court withdrew its April 9, 2015 order setting
 a final deadline of April 20, 2015, took "no action" on Helen C.
 Wooten's request for an extension of time to file the record, set a
 final deadline, and ordered Reporter Helen C. Wooten to file the
 reporter's record in cause number 12-14-00240-CR, Mark Eric Emanuel v.
 The State of Texas, on or before April 28, 2015
12. Reporter Helen C. Wooten again failed to file the reporter's record
 as ordered.
13. On April 29, 2015, the matter was referred to the Court for further
 action.
14. On April 30, 2015, this Court issued an Order to Appear and Show
 Cause directed to Reporter Helen C. Wooten.
15. Reporter Helen C. Wooten has filed the complete reporter's record in
 cause number 12-14-00240-CR, Mark Eric Emanuel v. The State of Texas.
16. On May 11, 2015, the hearing on this Court's Order to Appear and Show
 Cause was held.
17. At the beginning of the hearing, Reporter Helen C. Wooten had filed
 all of the record except one exhibit consisting of a DVD that was
 admitted at trial.
18. Reporter Helen C. Wooten explained that she had attempt to
 electronically filed the DVD, but was unable to do so because of the
 format of the DVD.
19. After appearance, the Court recessed the hearing to provide Reporter
 Helen C. Wooten an opportunity to electronically file the DVD.
20. After consulting with the Clerk of this Court, Reporter Helen C.
 Wooten was able to electronically file the DVD, and the Court resumed
 the contempt hearing.

 Reporter, Helen C. Wooten offered some explanation for having failed
to file the record as ordered. At the conclusion of the hearing, the Court
recessed, and upon returning, informed Wooten that she had violated this
Court's order by failing to file the record as ordered, and had failed to
provide sufficient cause to excuse her contempt.
 ACCORDINGLY, this Court finds that Helen C. Wooten is in contempt for
violating this Court's order of April 21, 2015. However,
 IT IS THEREFORE ORDERED that after consideration of the testimony
presented at the hearing, no punishment will be assessed.
 WITNESS the Honorable James T. Worthen, Chief Justice of the Court of
Appeals, 12th Court of Appeals District of Texas, at Tyler.
 GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at my office this 12th
day of May 2015, A.D.
 Cathy S. Lusk, CLERK
 12th Court of Appeals

 ____________________________
 By: Katrina McClenny, Chief Deputy
 Clerk